**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DATE FILED: 3/10/2020

LARRY MARSHAK,

                Petitioner,

-against-

ORIGINAL DRIFTERS, INC., and ESTATE
OF WILLIAM PINKNEY,

                Respondents.

-----------------------------------------------------------------X

19 **CIVIL** 7035 (PGG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 9, 2020, Petitioner's motion to vacate the arbitration award

is denied, and Respondents' motion to dismiss is granted; all other pending motions are denied as

moot; accordingly, this case is closed.

**Dated**: New York, New York
       March 10, 2020

                      **RUBY J. KRAJICK**

                      **Clerk of Court**

          **BY:**

                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/10/2020